**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

Case No. 01-40870

_____

MRS DOE, Individually and as Next Friend
of Jane Doe, a Minor

        Plaintiff - Appellant

v.


S & S CONSOLIDATED INDEPENDENT SCHOOL DISTRICT;
JOE WARDELL, S & S Consolidated Independent School
District Superintendent; MISSY IMBERT, S & S
Elementary School Principal

        Defendants - Appellees



_____

Appeal from the United States District Court
for the Eastern District of Texas

_____

October 7, 2002

Before KING, Chief Judge, and JONES and EMILIO M. GARZA, Circuit

Judges.

PER CURIAM:

    Mrs. Doe challenges the district court's grant of summary

judgment in favor of S&S Consolidated Independent School

District, Joe Wardell, and Missy Imbert.  The judgment of the

district court is affirmed for essentially the reasons given by

1

the district court in its Memorandum Opinion and Order entered on June 26, 2001.  <u>Doe v. S & S Consol. Indep. Sch. Dist.</u>, 149 F. Supp. 2d 274 (E.D. Tex. 2001).

AFFIRMED.